```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID ERIC ALLEN,                    :   Civil Action
                                     :   NO. 12-cv-02649
          Plaintiff                  :
                                     :
     v.                              :
                                     :
COMMONWEALTH OF PENNSYLVANIA;        :
A.D.A. MR. GENOVESE;                 :
PUBLIC DEFENDER ASSOCIATION;         :
MR. MICHEAL JOHN, ESQUIRE;           :
CHIEF OFFICE OF CLERK OF COURT;      :
MR. RICHARD WINTER; and              :
COURT OF MONTGOMERY COUNTY,          :
                                     :
          Defendants                 :
```

O R D E R

NOW, this 30th day of July, 2012, upon consideration of the following documents:

    (1) Application to Proceed In Forma Pauperis filed by plaintiff pro se on May 15, 2012;

    (2) Form to be Used by a Prisoner in Filing a Civil Rights Complaint filed May 15, 2012; and

    (3) Form to be Used by a Prisoner in Filing a Civil Rights Complaint filed June 5, 2012;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that plaintiff's Application to Proceed In Forma Pauperis is granted.

IT IS FURTHER ORDERED that plaintiff David Eric Allen, #HK-2698, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $19.08 is assessed. The Superintendent or other appropriate official at the State

Correctional Institution at Dallas, Pennsylvania, or at any other prison at which plaintiff may be incarcerated, is directed to deduct $19.08 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 United States Courthouse, Philadelphia, Pennsylvania 19106, to be credited to Civil Action No. 12-cv-02649.  After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at the State Correctional Institution at Dallas, or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 12-cv-02649.

  IT IS FURTHER ORDERED that plaintiff's civil rights complaint filed May 15, 2012 is dismissed.

  IT IS FURTHER ORDERED that plaintiff's civil rights complaint filed June 5, 2012 is dismissed.

  IT IS FURTHER ORDERED that the Clerk of Court is directed to send a copy of this Order to the Superintendent of the State Correctional Institution at Dallas, Pennsylvania.

IT IS FURTHER ORDERED that this case shall remain closed for statistical purposes.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge